IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRAE JAVAR COMPTON, | : | |
| Petitioner, | : | 1:19-cv-0123 |
| | : | |
| v. | : | |
| | : | Hon. John E. Jones III |
| DAVID J. EBBERT, | : | |
| Respondent. | : | |

## **ORDER**

**July 15, 2019**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. §2241, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED.

2. The Clerk of Court is directed to CLOSE this case.

> s/ John E. Jones III
> John E. Jones III
> United States District Judge